UNITED STATES DISTRICT COURT
Southern District of Florida

CASE NO.: 11-23892-CIV-ROSENBAUM

**DISABILITY ADVOCATES AND**
**COUNSELING GROUP, INC.,**

      **Plaintiff,**

vs.

**JO-ANN STORES, INC.,**
**d//b/a Jo-Ann Fabrics and Crafts,**
**7706 North Kendall Drive, Miami, Florida,**
**and 8257 W. Flagler Street, Miami, Florida,**

      **Defendant.**
_____/

**JOINT NOTICE OF SETTLEMENT, AND MOTION FOR APPROVAL**
**OF STIPULATION FOR SETTLEMENT AND SUBSEQUENT DISMISSAL**
**OF ACTION UNDER RULE 41(a)(2), FED.R.CIV.P.**

      Plaintiff, Disability Advocates and Counseling Group, Inc. and Defendant, Jo-Ann Stores, Inc., by and through undersigned counsel, hereby file this Joint Notice of Settlement, and Motion for Approval of Stipulation for Settlement and Dismissal of Action under Rule 41(a)(2), Fed.R.Civ.P., and hereby inform the Court of and request the following:

      1.      This is an action under Title III of the Americans With Disabilities Act, 42 U.S.C. §12181, et seq. ("ADA"), pursuant to which Plaintiff sought, *inter alia*, to compel Defendant, the owner of the public accommodation which is the subject of this action, to modify those facilities to comply with the ADA.

      2.      Plaintiff and Defendant have entered into a Stipulation for Settlement regarding this matter. Pursuant to the Stipulation for Settlement, the parties jointly move, under Rule 41(a)(2) Fed.R.Civ.P., that this matter be dismissed, with the Court first reviewing and approving

the Stipulation for Settlement, directing the parties to comply therewith, and retaining jurisdiction over this matter for the enforcement of the Stipulation for Settlement.  This joint motion is conditioned on, and shall only be effective upon, the Court reviewing and approving the Stipulation for Settlement, directing the parties to comply therewith, and retaining jurisdiction over this matter for the enforcement of the Stipulation for Settlement and the parties' compliance therewith.

WHEREFORE, Plaintiff and Defendant respectfully request the Court to enter the proposed Order submitted simultaneously with this notice based upon the Stipulation for Settlement entered into herein, a copy of which will be provided to chambers simultaneously herewith for *in camera* review.

| | |
|---|---|
| **LAW OFFICES OF**<br>**WILLIAM NICHOLAS CHAROUHIS & ASSOCIATES, PA**<br>Counsel for Plaintiff | **HOLLAND & KNIGHT, LLP**<br>Counsel for Defendants |
| By: __s / William Nicholas Charouhis__<br>    William N. Charouhis, Esq.<br>    Florida Bar No.: 510076<br>    Suite 1750 • Brickell Bayview Centre<br>    Eighty Southwest Eighth Street<br>    Miami, Florida 33130<br>    Tel.: 786.279.5707<br>    Fax : 305.377.8416<br>    wnc@wnclaw.net | By: __s / Edward Diaz__<br>    Edward Diaz, Esq<br>    Florida Bar No.: 988091<br>    701 Brickell Avenue<br>    Suite 3000<br>    Miami, Florida 33131<br>    Tel.: 305.789.7709<br>    Fax.: 305.789.7799<br>    edward.diaz@hklaw.com |
| Dated: __August 20, 2012__ | Dated: __August 20, 2012__ |